UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| ERNEST MALLETY<br>REG. # 15273-043 | * | CIVIL ACTION NO. 2:16-cv-106 |
| v. | * | JUDGE MINALDI |
| LORETTA LYNCH, ET AL | * | MAGISTRATE JUDGE KAY |

**************************************************************************

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 7) of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, consideration of Mallety's Objections (Rec. Doc. 8), and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the petition for habeas corpus filed pursuant to 28 U.S.C. § 2241 is **DISMISSED WITH PREJUDICE** because the court lacks jurisdiction to consider these claims.

Lake Charles, Louisiana, this _14_ day of ____July____, 2016.

_____
PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE